CITY OF MOBRIDGE, Appellant, v. BROWN, Respondent.

(160 N. W. 725.)

(File No. 4053.    Opinion filed December 30, 1916.)

**Appeals—No Brief—Abandonment of Appeal—Affirmance.**

Where, after notice of appeal served, and certified copy thereof filed in the office of the clerk of the Supreme Court, no brief was filed by appellant, or other steps upon appeal taken, about six months having since elapsed, the appeal will be deemed abandoned, and the order appealed from affirmed.

Appeal from Circuit Court, Walworth County.    Hon. JOSEPH H. BOTTUM, Judge.

Action by City of Mobridge, against A. H. Brown. From an order setting aside and dissolving an injunction, plaintiff appeals. Affirmed.

*J. E. Clayton,* and *Carpenter & Morrison,* for Appellant.

*W. M. Potts,* for Respondent.

POLLEY, P. J. This appeal is from an order setting aside and dissolving an injunction. The notice of appeal was served on the 21st day of June, 1916, and certified copy thereof filed in the office of the clerk of this court on the 24th day of June, 1916. No briefs have been filed by the appellant, nor, so far as the records of this court show, have any other or further steps tending to prosecute said appeal been taken.

The appeal will therefore be deemed abandoned, and the order appealed from is affirmed.